**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 22-6376

―――――――――

MATTHEW JAMES GRIFFIN,

Plaintiff - Appellant,

v.

FNU HOLLAR; JOHN DOE, #19-20; MARILYN GAMEWELL; FNU MASSAGEE; FNU HENSLEY; FNU WALKER; FNU DELOZIER; FNU STROHL; FNU MANDEVILLE; FNU COPELAND; FNU LOWERY; WILLIAM N. JOHNSON; J. FOLLY, Doe Defendant #12; R. L. LAIL, Doe Defendant #13; L. PUTT, Doe Defendant #14; T. B. GREENE, Doe Defendant #15; KAY H. EGGLESTON, Doe Defendant #16; NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Martin K. Reidinger, Chief District Judge. (5:19-cv-00049-MR)

―――――――――

Submitted: September 27, 2023                    Decided: October 20, 2023

―――――――――

Before WILKINSON, KING, and HARRIS, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Matthew James Griffin, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew James Griffin appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Griffin v. Hollar*, No. 5:19-cv-00049-MR (W.D.N.C. Mar. 10, 2022). We also deny Griffin's motion to hear the appeal on the original record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*